IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02066-BNB

ROBERT BLACKMAN,

    Plaintiff,

v.

MR. TORRES, Correctional Officer,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2011

GREGORY C. LANGHAM
CLERK

## ORDER

Plaintiff, Robert Blackman, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) who currently is incarcerated at the ADX in Florence, Colorado. He submitted *pro se* a Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), asserting violations of his constitutional rights. He requests injunctive and monetary relief.

On August 15, 2011, the Court entered an Order granted Mr. Blackman leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and ordered him to pay an initial partial filing fee of $8.00. (Dkt. #4). Mr. Blackman was granted thirty days in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Mr. Blackman was advised that in order to show cause, he must file a certified copy of his trust fund accounts statement.

On September 21, 2011, Plaintiff filed a Declaration with the Court dated

September 9, 2011, in which he states that he asked prison officials to withdraw the $8.00 from his prison trust fund account on August 24, 2011, and submit it to the Court. (Dkt. #7). In a September 22, 2011 Minute Order, the Court granted Mr. Blackman an additional thirty days to pay the initial partial filing fee or to demonstrate that he was unable to pay, by submitting a certified copy of his prisoner's trust fund account statement (Dkt. #8).

On September 26, 2011, Plaintiff submitted a current certified copy of his trust fund account statement which shows that he has a balance of $50.00 in his prisoner trust fund account. Consequently, Plaintiff has failed to demonstrate that he cannot pay the $8.00 initial partial filing fee, and, therefore, he has failed to show cause as required by the August 15, 2011 Order. In a Minute Order dated September 27, 2011, the Court granted Plaintiff a second thirty-day extension of time, until October 27, 2011, to pay the initial partial filing fee or show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

On October 25, 2011, Mr. Blackman filed a Declaration with the Court stating that on September 28, 2011, he submitted to the appropriate staff member a "request for withdrawal of inmate's personal funds – BP Form 199.045," along with a copy of the Court's August 15 Order. (Dkt. #13). However, the Court has not received the payment from the prison, and Mr. Blackman seeks another extension of time.

The Clerk of the Court will be directed to send a copy of the instant Order to the ADX-Florence Warden, along with a copy of the Prisoner Complaint and the August 15 Order. The Court seeks assistance from the Warden in verifying whether Mr. Blackman has followed the proper procedure to withdraw funds from his prison trust fund account

to pay the initial partial filing fee. Accordingly, it is

ORDERED that the Clerk of the Court send a copy of the instant Order, the Prisoner Complaint, and the Order entered on August 15, 2011 (Dkt. #4), to the ADX-Florence Warden. The ADX-Florence Warden is requested to assist the Court and provide information, **within thirty (30) days from the date of this Order**, concerning the validity of Mr. Blackman's declarations that he is unable to secure payment of the initial partial filing fee to the clerk of the court from his prisoner trust fund account.

DATED October 28, 2011, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02066-BNB

Robert Blackman
Reg. No. 36103-004
ADX - Florence
PO Box 8500
Florence, CO 81226

Warden
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals and a copy of: Complaint filed 8/8/11, and Order filed 8/15/11 to Warden at ADX on October 28, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk