IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02066-BNB

ROBERT BLACKMAN,

    Plaintiff,

v.

MR. TORRES, Correctional Officer,

    Defendant.

## ORDER DRAWING CASE

    Plaintiff, Robert Blackman, has been granted leave to proceed *informa pauperis*, pursuant to 28 U.S.C. § 1915. In an August 15, 2011 Order, the court instructed Mr. Blackman to submit an initial partial filing fee of $ 8.00. The Plaintiff's filings, along with a letter from the ADX Warden, indicate that the money was withdrawn from Mr. Blackman's prison trust fund account by prison personnel on October 11, 2011, and that a check in the required amount was placed in the United States mail. However, the payment has not been received by the Court to date. Because Plaintiff complied with the Court's August 15 Order, the loss of the partial filing fee payment cannot be attributed to him, and this case shall proceed. However, Mr. Blackman is reminded that he is required to pay the full amount of the required $350.00 filing fee. To that end, Mr. Blackman shall make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed in the August 15 Order why he has no assets and no means by which to make the monthly payment. If within the time allowed Mr. Blackman fails to have the

designated initial partial filing fee or monthly payments sent to the clerk of the court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice.

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 13, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge