IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02066-REB-BNB

ROBERT BLACKMAN,

Plaintiff,

v.

MR. TORRES, Correctional Officer,

Defendant.

_____

**ORDER**
_____

The parties appeared today for a scheduling conference. During the scheduling conference, I made rulings which are incorporated here by reference.

IT IS ORDERED:

(1)     On or before February 19, 2013, the United States Attorney shall investigate the mail system utilized at the United States Prison, Administrative Maximum in Florence, Colorado ("ADX"), and report whether the ADX maintains a log of mail received by the prison for inmates and the delivery of that mail to the inmate; and provide copies of any records which the ADX has concerning receipt of the Recommendation of United States Magistrate Judge [Doc. # 60, filed 12/17/2012] and the Objection Re: Magistrate Judge's Recommendation [Doc. # 64, filed 1/2/2013] and their delivery to the plaintiff.

(2)     Within 24 hours of the Scheduling Conference, the United States Attorney shall mail to the plaintiff at his address of record copies of the Recommendation of United States Magistrate Judge [Doc. # 60, filed 12/17/2012] and the Objection Re: Magistrate Judge's

Recommendation [Doc. # 64, filed 1/2/2013].

    (3)    The Clerk of the Court is directed to send to the plaintiff at his address of record a copy of the court's docket sheet.

    (4)    The following case schedule is established:

| | |
|---|---|
| Discovery Cut-Off: | July 31, 2013 |

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

| | |
|---|---|
| Discovery is limited as follows: | 5 depositions per side |
| | 25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side, all including discrete subparts |
| Dispositive Motions Deadline: | August 30, 2013 |

Expert Disclosures: There will be no expert witnesses.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge