IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02066-REB-BNB

ROBERT BLACKMAN,

Plaintiff,

v.

MR. TORRES, Correctional Officer,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Motion for Leave to Take Plaintiff's Deposition** [docket no. 78, filed June 7, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and, according to Fed.R.Ci.vP. 30(a)(2)(B), the plaintiff's deposition will be taken on or before **July 31, 2013**, at the Federal Bureau of Prisons, ADX, Florence, Colorado.  Defense counsel will coordinate with prison officials.

      IT IS FURTHER ORDERED that a copy of this order will be sent to:

CASE MANAGER FOR
ROBERT BLACKMAN #36103004
FLORENCE ADMAX
U.S. PENITENTIARY
P. O. BOX 8500
FLORENCE, CO 81226


DATED:  June 10, 2013