**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02066-REB-BNB

ROBERT BLACKMAN,

    Plaintiff,

v.

MR. TORRES, Correctional officer,

    Defendant.

## MINUTE ORDER

    The **Plaintiff's Motion For Reconsideration** [#89] filed July 24, 2013, is **DENIED**. On July 10, 2013, the plaintiff filed with the court copies [#86] of interrogatories and requests for production directed to the defendant. The court entered a minute order [#87] striking the plaintiff's filing [#86]. The plaintiff seeks reconsideration of that minute order [#87].

    Under Fed.R.Civ.P. 5(d)(1), requests for admissions and other pre-trial discovery and disclosures "must not be filed until they are used in the proceeding or the court orders filing." However, when the plaintiff's interrogatories and requests for admission properly are served on the defendant, the defendant is obligated to respond to those discovery requests, even though the discovery requests have not been filed with the court.

    Dated: July 25, 2013