IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-02066-REB-BNB | Date: August 20, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| ROBERT BLACKMAN<br>**Plaintiff(s)** | *Pro Se via telephone* |
| v. | |
| TORRES<br>**Defendant(s)** | *Matthew V. Mussetter*<br>*Marcy E. Cook* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:30 a.m.

Appearance of counsel and *pro se* plaintiff.

The court addresses the status of the case and pending evidentiary hearing.

**ORDERED:** [100] Motion to Quash Writ of Habeas Corpus Ad Testificandum is DENIED.

Discussion held on [95] Plaintiff's Motion in Request for Production of Electronic Documents in Re Evidentiary Hearing Set for 8/27/2013 Doc. 91.

**ORDERED:** The court construes [95] Plaintiff's Motion in Request for Production of Electronic Documents in Re Evidentiary Hearing Set for 8/27/2013 Doc. 91 as a subpoena to produce and GRANTS the motion.

Court in Recess:  9:58 a.m.    Hearing concluded.    Total time in Court:  00:28

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119