IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action: | 11-cv-02066-REB-BNB |
| Courtroom Deputy: | Julie Dynes |

Date: August 20, 2013
FTR: BNB COURTROOM A-401

---

| *Parties* | *Attorney(s)* |
|---|---|

ROBERT BLACKMAN                                          *Pro Se via telephone*
                    **Plaintiff(s)**

v.

TORRES                                                    *Matthew V. Mussetter*
                                                          *Marcy E. Cook*
                    **Defendant(s)**

---

### COURTROOM MINUTES

---

**MOTIONS HEARING**

Court in Session:  9:30 a.m.

Appearance of counsel and *pro se* plaintiff.

The court addresses the status of the case and pending evidentiary hearing.

**ORDERED:   [100] Motion to Quash Writ of Habeas Corpus Ad Testificandum is DENIED.**

Discussion held on [95] Plaintiff's Motion in Request for Production of Electronic Documents in Re Evidentiary Hearing Set for 8/27/2013 Doc. 91.

**ORDERED:   The court construes [95] Plaintiff's Motion in Request for Production of Electronic Documents in Re Evidentiary Hearing Set for 8/27/2013 Doc. 91 as a subpoena to produce and GRANTS the motion.**

Court in Recess:  9:58 a.m.     Hearing concluded.     Total time in Court:  00:28

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119