IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02066-REB-BNB

ROBERT BLACKMAN,

Plaintiff,

v.

MR. TORRES, Correctional Officer,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)   **Plaintiff's Motion In Request for Production of Electronic Documents In Re Evidentiary Hearing Set For 8/27/2013** [Doc. # 95, filed 8/14/2013] (the "Motion to Produce"); and

(2)   The **Motion to Quash Writ of Habeas Corpus Ad Testificandum** filed by the United States Bureau of Prisons and United States Marshal Service [Doc. # 100, filed 8/19/2013] (the "Motion to Quash Writ").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

Despite the plaintiff's continuing allegations and complaints about mail tampering by his jailors and my repeated expressions of concern, see, e.g., Order [Doc. # 91] at pp. 3, 4-5, the government has failed to come forward with a denial of the mail tampering allegations, an affidavit indicating that an investigation into the allegations was made and the results of that

investigation, or any other serious response. Consequently, I set the matter for an evidentiary hearing on August 27, 2013, and stated that "I anticipate testimony from ADX officials involved in the handling of the plaintiff's mail, as well as testimony from the plaintiff." Id. at p. 5. I also issued a Writ of Habeas Corpus Ad Testificandum [Doc. # 92] requiring that the defendant be brought to court for the August 27 hearing. I find that these actions are reasonable and necessary to ascertain the facts surrounding the mail tampering issue.[1]

IT IS ORDERED:

(1) The Motion to Produce [Doc. # 95] is construed as a subpoena to produce evidence at the hearing on August 27, 2013, and is GRANTED. The Bureau of Prisons shall produce at the hearing either (a) copies of the images identified together with the technology necessary to display the images or (b) an affidavit from a knowledgeable representative confirming that a thorough and good faith investigation was undertaken and the images no longer are available.

(2) The Motion to Quash Writ [Doc. # 100] is DENIED.

Dated August 20, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Interference with judicial mail, if established, is intolerable.