IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action: 11-cv-2066-REB-BNB

Robert Blackman,

    Plaintiff,

v.

Mr. Torres, Correctional Officer,

    Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS

IT IS ORDERED that, at the conclusion of the hearing on August 27, 2013, counsel for the defendant shall retain custody of their exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 27th day of August, 2013.

BY THE COURT:

/s/ Boyd N. Boland
Boyd N. Boland, Magistrate Judge