IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02066-REB-BNB

ROBERT BLACKMAN,

    Plaintiff,

v.

MR. TORRES, Correctional Officer,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge and Denying Motion to Reconsider** [#142] entered by Judge Robert E. Blackburn on March 12, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion To Reconsider the District Judge's Order Concerning the Recommendation of United States Magistrate Judge [Doc. #75]** [#133] filed November 7, 2013, read as an objection to the recommendation [#60] of the magistrate judge, is **OVERRULED**;

2. That the **Plaintiff's Motion To Reconsider the District Judge's Order Concerning the Recommendation of United States Magistrate Judge [Doc. #75]** [#133] filed November 7, 2013, read as a motion to reconsider, is **DENIED**;

3. That the **Recommendation of United States Magistrate Judge** [#140] filed

January 23, 2014, which addresses the motion for summary judgment [#110], is **APPROVED** and **ADOPTED** as an order of this court;

    4. That the **Defendant's Motion for Summary Judgment** [#110] filed August 23, 2013, is **GRANTED**;

    5. That the **Defendant's Objections To October 15, 2013, Order (Doc. 126)** [#128] filed October 29, 2013, and the **Defendant's Objections To October 15, 2013, Order (Doc. 131)** [#135] filed November 12, 2013, both are **OVERRULED** and terminated on the docket as moot;

    6. That under FED. R. CIV. P. 58, judgment **IS ENTERED** against the plaintiff, Robert Blackman, in favor of the defendant, Mr. Torres, Correctional Officer; and

    7. That the defendant is **AWARDED** his costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 12th day of March, 2014.

    FOR THE COURT:

    Jeffrey P. Colwell, Clerk

    By: s/Kathleen Finney
        Kathleen Finney
        Deputy Clerk